DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. DeGRAFFENREIDT

No. 63 PC.

Case below: 17 N.C. App. 550.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.

STATE v. REED

No. 46 PC.

Case below: 17 N.C. App. 580.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.

STATE v. SMITH

No. 57 PC.

Case below: 17 N.C. App. 694.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.

UTILITIES COMM. v. TOWN OF PINEVILLE

No. 61 PC.

Case below: 17 N.C. App. 522.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.

YANCEY v. WATKINS

No. 56 PC.

Case below: 17 N.C. App. 515.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.